event, on the authority of Ella M. Schaefer v. Union Ry. Co. of New York City, 149 N. Y. Supp. 290, decided herewith.

RICH, J., dissents.

---

SCHINTZIUS, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Fedora Schintzius, as administrator, etc., against the Lackawanna Steel Company.

PER CURIAM. Order modified, by limiting the inspection and discovery to a time when blast furnace No. 6, or the one nearest thereto, is in operation, upon condition that such furnace shall be operated within 30 days from the date of this order, and notice of such operation be given to plaintiff's attorney, whereupon plaintiff's attorney shall, within 2 days after receipt of such notice, make such inspection and discovery, and give 24 hours' notice to the defendant's attorneys of the precise time, within defendant's working hours, when such inspection will be made, and, as so modified, the order is affirmed, without costs of this appeal to either party.

---

SCHLEGEL, Respondent, v. SCHAMBERGER, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Oscar Schlegel against George A. Schamberger. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 148 N. Y. Supp. 1142.

---

SCHMIDT, Appellant, v. BRENNAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Eunice Niemoller Schmidt against John F. Brennan and another, as executors, etc. No opinion. Judgment affirmed, with costs. See, also, 157 App. Div. 895, 142 N. Y. Supp. 1143.

---

SCHMIDT, Appellant, v. HERTZ et al., Respondents. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by William Schmidt against Josephine Hertz and others. J. W. Bryant, of New York City, for appellant. S. N. Tuckman, of New York City, for respondents. No opinion. Judgment modified, by adding the sum of $20 to the recovery as interest, and, as modified, affirmed, without costs. Settle order on notice.

---

SCHOR, Respondent, v. BRISKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by William Schor against Isaac Briskman.

PER CURIAM. The judgment entered in this action, dismissing the complaint of the plaintiff, was a final determination against the right of the plaintiff to an injunction, even though it was entered on plaintiff's default. There is no claim that it has been vacated, so

its finality stands unquestioned at this moment. Therefore the defendant was entitled to the relief for which he moved, and the denial of the same by the learned Special Term was erroneous. The order is reversed, with $10 costs and disbursements, and the motion of the appellant is granted, with $10 costs.

---

SCHUG, Respondent, v. ELLIS, JOYCE & HILDRETH, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Thomas J. Schug against Ellis, Joyce & Hildreth, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHWARTZ v. CHARLES SCHWEINLER PRESS. (No. 6185.) (Supreme Court, Appellate Division, First Department, October 16, 1914.) Appeal from Special Term, New York County. Action by Max H. Schwartz against the Charles Schweinler Press. From an order denying a motion to vacate an order for the examination of defendant before trial, defendant appeals. Modified and affirmed. MacDonald De Witt, of New York City, for appellant. Eugene I. Yuells, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by limiting the examination to the question as to the authority of the person mentioned in paragraphs 4 and 8 of the complaint, and, as so modified, affirmed, without costs.

---

SCOTT & FOWLES CO., Respondent, v. WRIGHT, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by the Scott & Fowles Company against Nannie H. Wright. R. T. Greene, of New York City, for appellant. J. W. Prendergast, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 158 App. Div. 929, 143 N. Y. Supp. 1143.

---

In re SCOVILL et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) In the matter of the final judicial settlement of the accounts of Edward Tracy Scovill and Fred W. Noyes, as executors of the last will and testament of John Hyland, deceased. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 148 N. Y. Supp. 1143.

---

SEAMON, Appellant, v. INCORPORATED VILLAGE OF MINEOLA, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Arnold Seamon against the Incorporated Village of Mineola. No opinion. Motion for reargument (of 148 N. Y. Supp. 1143) denied, with $10 costs.